UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AARON BONDAROFF,

                Plaintiff,

- against -

ANYTHING CORP. and KIERNEN COSTELLO,

                Defendants.
------------------------------------------------------------------x

Civil Action No. 07 Civ. 7952 (JES)

**7.1 Statement**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants, Anything Corp. and Kiernan Costello, certifies that Anything Corp. is not a publicly held corporation and does not have a parent corporation.

Dated: October 3, 2007
       New York, New York

                                    Respectfully submitted,

                                    CLIFTON BUDD & DeMARIA, LLP
                                    Attorneys for Defendants

                                    By: _____
                                      Robert J. Tracy (RT-5260)
                                      420 Lexington Avenue, Suite 420
                                      New York, NY 10170
                                      (212) 687-7410