UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AARON BONDAROFF,

                Plaintiff,

-against-

ANYTHING CORP., and KIERNAN COSTELLO,
Individually,

                Defendants.
------------------------------------------------------------X

07 CV 7952 (JES) (DLC)

CONSENT TO
CHANGE ATTORNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

    IT IS HEREBY STIPULATED AND CONSENTED TO THAT the firm of Barry, McTiernan & Moore, located at Two Rector Street, 14th Floor, New York, New York 10006, shall be substituted in as attorneys of record for the defendants Anything Corporation and Kiernan Costello for the claims asserted in plaintiff's complaint dated September 11, 2007 only in place of and instead of Robert Jeremiah Tracy, Clifton, Budd & DeMaria, LLP, 420 Lexington Avenue, New York, New York 10170, and that substitution shall be effective immediately.

    It is hereby further agreed that the firm of Clifton, Budd & DeMaria will continue to represent the defendants on the counterclaims asserted in their answer dated October 3, 2007.

Dated: New York, New York
       January 9, 2008

Suzanne M. Halbardier (SMH-0310)
Barry, McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006
(212) 313-3600

SO ORDERED:

_____
U.S.D.J.
January 18, 2008

_____
Robert Jeremiah Tracy
Clifton, Budd & DeMaria, LLP
420 Lexington Avenue
New York, NY 10170

_____
Anything Corp.
By: KIERNEN Costello

_____
Kiernan Costello


TO:

James Daniel Fornari
Gersten Savage LLP
600 Lexington Avenue
New York, NY 10022