UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AARON BONDAROFF,

                        Plaintiff,                    Civil Action No. 07
                                                                 Civ. 7952 (JES)

      -against-

ANYTHING CORP., and KIERNAN COSTELLO,        PLAINTIFF'S
Individually,                                                        FIRST RULE 26.1
                                                                                    INITIAL
                        Defendants.               DISCLOSURE
-----------------------------------------------------------------X

Plaintiff, AARON BONDAROFF (also referred to alternatively the "Bondaroff"), by his attorneys, Gersten Savage LLP, for his First Initial Disclosure pursuant to Rule 26.1, Fed. R.Civ. P. to the Defendants, ANYTHING CORP. ("AC") and KIERNAN COSTELLO ("Costello" and jointly with AC, the "Defendants"), hereby states as follows:

(A)    The following are the names and, to the extent known, the addresses and telephone numbers of each individual likely to have discoverable information that Bonderoff may use to support his claims or defenses.

| people | address | phone | |
|---|---|---|---|
| Aaron Bondaroff | 135 Henry St, nyc 10014 | 347 266 0025 | |
| Shamara Bondaroff | 135 W 10th st, nyc 10014 | 917 273 7374 | |
| Thomas McCormack | | 917 856 3277 | Electrician |
| Robert Hanovic | | | Carpenter/Electrician |
| Rafael De Cardenas | | 310 463 1454 | Architect |
| James Jebia | | 212 274 8855 | SUPREME/UNION |
| Adam Cott | | | IN RECORD TIME |
| Samuel Spiter | 71 Broadway, #5h, NYC 10006 | 917 930 5413 | SPLAY |
| Scott Downing | | | GOODS |
| Nick Stern | | 917 848 3798 | VIRGINS |
| Tom korest | | | VECTOR |
| Julien Cahn | | 503 805 6321 | NIKE |

| | | | |
|---|---|---|---|
| Ken Omura | | +81.(0)3.5770.8510 | One GRAM |
| Stef | | 0141 333 0095 | GOODLIFE |
| Chris Gibbs | | | UNION LA |

**Employee List**

| | | | |
|---|---|---|---|
| Jeremy Corely | 105 Henry St, NYC 10002 | 949 278 3292 | employee |
| Simon Curtis | | 347 234 1578 | employee |
| Nicolas Atkins | 157 Meserole St, BKLYN 11206 | 347 517 7770 | employee |
| Nina Blum | | 212 920 9254 | brand manager |
| Alex Picard | | | employee |
| Matt | | 310 728 0254 | Priceless |
| Jake Hanly | | 646 438 4441/ 917 513 4828 | |
| Kenji | | 816 721 0163 | employee |
| Wade Oats | | 917 518 9233 | employee |
| Gabby Lardizabel | | 917 929 3335 | designer |
| Amy Kellner | | 917 575 0322 | former store manager |
| eric Elms | | 646 361 5303 | RUB N TUG |
| Jeff Roberts | | | KID AMERICA |
| Claudia Gold | | 212 995 2440 | CLAW MONEY |
| Dave Sandy | | 718 915 6189 | NO RESPECT |
| David Greenberg | | | employee |
| Steve Powers | | | artist |
| Alex Montejo | | 646 263 0056 | Artist |
| Mark Hundly | | 646 584 2854 | t shirt designer |
| Sarah Rosen | | 917 621 7234 | employee |

The subject of Aaron Bondaroff's information relates to the course of dealing between himself and the Defendants, the negotiations relative to the establishment of the business and the general subject matter detailed in the complaint and in the defenses.

The subject of Shamara Bondaroff's information relates the subsequent establishment of the entity, the manner in which it was run and related issues of the business.

The subject of the remaining individuals' information relates the operation of the business, the refurbishing of the store, the lack of involvement by Mr. Costello in the operation and sales,

the actual ownership of NYGLOB and information found thereon, the manner in which Mr. Costello obtained funds from and repaid funds to individuals, the design of items bearing the distinctive designation associated with Mr. Bondaroff and his creation of the mark and its association with him.

(B)     The following is a description, by category and location, of all documents, data compilations and tangible things that are in the possession, custody or control of the plaintiff that he may use to support his claims or defenses:

1. e-mails from November 2006 through April 2007; located at Gersten Savage LLP
2. Bank account statements for ANYTHING CORP. from JP Morgan Chase Bank for the time periods from July 2004 through May 2007; located at Gersten Savage LLP.

(C)     Plaintiff has not as yet made a computation of damages and reserves his right to supplement this Disclosure statement with such computation and documents in support thereof or other evidentiary Material which is not privileged or protected from disclosure.

(D)     There are no insurance agreements or indemnification agreements.

Date:   February 7, 2008

GERSTEN SAVAGE LLP
Attorneys for Plaintiffs

By: _____
James D. Fornari (JF3453)
600 Lexington Avenue
New York, New York 10022
Tel:    (212) 752-9700
Fax:    (212) 980-5192

e-mail: jfornari@gerstensavage.com

To:    Robert J. Tracey
       CLIFTON BUDD & DeMARIA, LLP
       420 Lexington Avenue
       New York, New York 10170