UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
===========================================X   Civil Action No.: 07 Civ. 7952 (JES)

AARON BONDAROFF,

                         Plaintiff(s)   **CONSENT TO**
   -against-   **CHANGE ATTORNEY**

ANYTHING CORP. and KIERNEN COSTELLO,

                        Defendant(s).

===========================================X

**IT IS HEREBY CONSENTED THAT** LEVIN & CHETKOF, LLP, at 265 Post Avenue, Suite 290, Westbury, New York 11590 be substituted as attorney of record for the undersigned party(ies) in the above entitled action.

Dated: Westbury, New York
April 24, 2008

_____   _____
LEVIN & CHETKOF, LLP                KIERNEN COSTELLO, Individually and on
By: Michael G. Levin                behalf of ANYTHING CORP.

_____
CLIFTON BUDD & DEMARIA, LLP (Outgoing Counsel)
By: Robert J. Tracy

State of New York   )
County of New York  )

On April 25th, 2008, before me, the undersigned personally appeared KIERNEN COSTELLO personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

                                            _____
                                            Notary Public, State of New York
GL\COSTELLO\GL 18096\LEGAL\ATTY.CONSENT         No. 01IU6149897
                                            Qualified in Bronx County
                                            Commission Expires 07/17/2010