UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
======================================X   Civil Action No.: 07 Civ. 7952 (JES)

AARON BONDAROFF,

                Plaintiff(s)                      **CONSENT TO**
                                                                **CHANGE ATTORNEY**

    -against-

ANYTHING CORP. and KIERNEN COSTELLO,

                Defendant(s).

======================================X

**IT IS HEREBY CONSENTED THAT** LEVIN & CHETKOF, LLP, at 265 Post Avenue, Suite 290, Westbury, New York 11590 be substituted as attorney of record for the undersigned party(ies) in the above entitled action.

Dated: Westbury, New York
       April 24, 2008

_____       _____
LEVIN & CHETKOF, LLP                            KIERNEN COSTELLO, Individually and on
By: Michael G. Levin                                 behalf of ANYTHING CORP.

_____
CLIFTON BUDD & DEMARIA, LLP (Outgoing Counsel)
By: Robert J. Tracy

State of New York     )
County of New York )

On April 25th, 2008, before me, the undersigned personally appeared KIERNEN COSTELLO personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

                                                         _____
                                                         NOTARY PUBLIC
                                                        Notary Public, State of New York
                                                         No. 01IU6149897
                                                         Qualified in Bronx County
GL\COSTELLO\GL 18096\LEGAL\ATTY.CONSENT                  Commission Expires 07/17/2010