LEVIN & CHETKOF, LLP
Michael G. Levin, Esq. (ML – 5441)
265 Post Avenue – Suite 290
Westbury, New York 11590
(516) 338-2888

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=====================================X   Civil Action No.: 07 Civ. 7952 (JES)

AARON BONDAROFF,

                Plaintiff(s)   ***NOTICE OF APPEARANCE***

  -against-

ANYTHING CORP. and KIERNEN COSTELLO,

                Defendant(s).

=====================================X

**PLEASE TAKE NOTICE THAT** LEVIN & CHETKOF, LLP, 265 Post Avenue, Suite 290, Westbury, New York 11590, hereby appears on behalf of defendants ANYTHING CORP. and KIERNEN COSTELLO in that above-captioned action, and demand that all papers and notices be served upon them at the address stated below.

Dated: Westbury, New York
       May 20, 2008

                                    LEVIN & CHETKOF, LLP
                                    By:_____
                                    Michael G. Levin, Esq. (ML-5441)
                                    Attorneys for Defendants
                                    265 Post Avenue - Suite 290
                                    Westbury, New York 11590
                                    (516) 338-2888
                                    File No.: GL 18096

To: GERSTEN SAVAGE LLP
Attorneys for Plaintiff
600 Lexington Avenue
New York, New York 10022

BARRY, McTIERNAN & MOORE, LLP
Attorneys for Defendants (Co-Counsel)
Two Rector Street, 14th Floor
New York, New York 10006

GL\COSTELLO\GL 18096\LEGAL\NOTICE OF APP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=========================================X   Civil Action No.:  07 Civ. 7952 (JES)

AARON BONDAROFF,

                Plaintiff(s)                    **_CERTIFICATE OF SERVICE_**

   -against-

ANYTHING CORP. and KIERNEN COSTELLO,

                Defendant(s).

=========================================X

       I hereby certify that on the 20th day of May 2008, I served a copy of the foregoing Notice upon counsel for all parties by securely enclosing the aforesaid document in a postage paid wrapper and placed in a post office box regularly maintained by the United States Postal Service in Westbury, New York in said County of Nassau, directed to the following:

    GERSTEN SAVAGE LLP
    Attorneys for Plaintiff
    600 Lexington Avenue
    New York, New York 10022

    BARRY, McTIERNAN & MOORE, LLP
    Attorneys for Defendants (Co-Counsel)
    Two Rector Street, 14th Floor
    New York, New York 10006

Dated: Westbury, New York
       May 20, 2008

                                      LEVIN & CHETKOF, LLP
                                      By:_____
                                         **Michael G. Levin, Esq.** (MGL 5441)
                                         Attorneys for Defendants
                                         265 Post Avenue - Suite 290
                                         Westbury, New York 11590
                                         (516) 338-2888
                                         File No.:  GL 18096

Civil Number: CV-07 7952   Year: 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON BONDAROFF,

                            *Plaintiff(s),*

    -against-

ANYTHING CORP. and KIERNEN COSTELLO,

                            *Defendant(s).*

## NOTICE OF APPEARANCE

**LEVIN & CHETKOF, LLP**
*Attorney for Defendant(s)*
**265 POST AVENUE
SUITE 290
WESTBURY, NEW YORK 11590
(516)-338-2888**

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies upon information and belief and reasonable inquiry, the contents contained in the annexed documents are not frivolous.*

Dated:_____    Signature _____
                           Print Signer's Name: Michael G. Levin

Service of a copy of the within                     Is hereby admitted

Dated:                                                 _____
                                                Attorney for

PLEASE TAKE NOTICE

☐   *That the within is a (certified) true copy of a*
☐   *Entered in the office of the clerk of the within named Court on           2008.*
**NOTICE OF ENTRY**

☐   *That an Order of which the within is a true copy of will be presented for settlement to the*
     *Hon.                                 one of the judges of the within named Court,*
     *at*
     *on                     2008, at      .m..*

Dated:

                                                                  **LEVIN & CHETKOF, LLP**
                                                                   **Attorney for Defendant(s)**
                                                                   **265 Post Avenue - Suite 290**
                                                                   **Westbury, New York 11590**
                                                                       **(516) 338-2888**

To:
    Attorney(s) for