LEVIN & CHETKOF, LLP
Michael G. Levin, Esq. (ML – 5441)
265 Post Avenue – Suite 290
Westbury, New York 11590
(516) 338-2888


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
====================================X     C. A. No.: 07 7952 (DLC)

AARON BONDAROFF,

                    Plaintiffs,          **AFFIDAVIT IN**
                                         **COMPLIANCE OF RULE 1.4**

        - against -

ANYTHING CORP. and KIERNEN COSTELLO,

                    Defendants.

====================================X

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )


        KIERNEN COSTELLO, duly sworn, deposes and says:

        1.      I am one of the defendants in the above-captioned action and I submit this

affidavit in compliance with Federal Local Rue 1.4 concerning the displacement of my former

counsel.

        2.      After due deliberation, I have made the decision to change counsel from Clifton,

Budd & DeMaria, LLP, 420 Lexington Avenue, New York, New York, to Levin & Chetkof,

LLP, 265 Post Avenue – Suite 290, Westbury, New York 11590.

        3.      In connection with the substitution, my new counsel, former counsel and I have

executed a formal Consent to Change Attorney, a copy of which is annexed hereto.

        4.      The above-captioned action is in the initial stages of discovery and depositions

have not yet taken place.  There is no impending trial date.  I do not believe that the change of

counsel at this stage will prove an impediment to the prosecution/defense of this matter.

5.    The decision to switch counsel was based on various factors that I do not believe

should be placed in an affidavit filed in open court.  Generally, counsel and I had a differing of

opinions as to how to proceed.  Should the Court demand, I will, in confidence, provide further

explanation.

_____
KIERNEN COSTELLO

Sworn to before me this _____
Day of May 2008

Notary Public

GL\COSTELLO\GL 18096\LEGAL\RULE 1.4 AFF

FADI KARNABY
NOTARY PUBLIC STATE OF NEW YORK
NO. 0KA6080837
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES SEP /23/200 / 0

5/13/2008

2