```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
AARON BONDAROFF,                       :
                        Plaintiff,     :
                                       :           07 Civ. 7952 (DLC)
        -v-                            :
                                       :                ORDER
ANYTHING CORP. AND KIERNEN COSTELLO,   :
                        Defendants.    :
                                       :
-------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

DENISE COTE, District Judge:

By letter dated May 28, 2008, counsel for plaintiff Aaron Bondaroff informed the Court that a discovery dispute had arisen between the parties. Counsel for defendants replied by letter dated May 29. A telephonic conference was scheduled for Tuesday, June 3, at 10 a.m. Counsel for plaintiff called the Court at 10 a.m. and represented that, despite having informed defense counsel of the conference, he was unable to reach defense counsel in order to put the conference call through to the Court. Accordingly, it is hereby

ORDERED that the parties must meet and confer this week regarding all discovery and scheduling disputes.

IT IS FURTHER ORDERED that, if any issues remain unresolved, a conference will be held on June 9 at 10:00 a.m. at the United States Courthouse, 500 Pearl Street, New York, New York,

Courtroom 11B.

SO ORDERED:

Dated:    New York, New York
          June 3, 2008

                                        _____
                                              DENISE COTE
                                        United States District Judge