# BARRY McTIERNAN & MOORE
### COUNSELORS AT LAW

| 55 CHURCH STREET | 2 RECTOR STREET | 27 LONG MEADOW ROAD |
|---|---|---|
| WHITE PLAINS, N.Y. 10601 | NEW YORK, N.Y. 10006 | TRUMBULL, CT 06611 |
| TEL: 914-946-1030 | TEL: 212-313-3600 | TEL: 203-261-8060 |
| FAX: 914-946-3814 | FAX: 212-608-8901 | FAX: 203-268-0384 |
| | FAX: 212-608-8902 (TOXIC TORT) | |

PLEASE REFER TO



June 27, 2008

JUN 30 2008

CHAMBERS OF
DENISE COTE

**By First Class Mail**
The Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 870
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/08

Re:     Aaron Bondaroff v. Anything Corp.
        07 CV 7952(DLC)
        Our File No.: UNG51990

Dear Judge Cote:

I represent the defendant in the above-referenced matter and write to Your Honor requesting an extension of time to complete discovery. The discovery cut-off date is today, June 27, 2008.

We conducted the depositions of the plaintiff and defendant Kiernen Costello. Mr. Bondaroff was produced on June 12, 2008 and Mr. Costello was produced on June 11, 2008. We have also conducted the depositions of two non-party witnesses, the plaintiff's sister and the defendant's father. The parties have exchanged over 1,000 pages of documents.

In light of the testimony developed during these depositions, the defendants believe there are additional non-party witness depositions that will be necessary. In addition, we have served a further notice for discovery and inspection on plaintiff's counsel seeking documents identified by plaintiff and his sister during their depositions.

We respectfully request an additional sixty (60) days to conduct discovery. This is the first request for an extension of time. I have not asked Mr. Fonari's consent on this request.

BARRY, McTIERNAN & MOORE

I apologize for seeking this extension on the last day, but I began a trial this week in New York County and have been selecting the jury.

Respectfully submitted,

BARRY, McTIERNAN & MOORE

By: _____
Suzanne M. Halbardier

X:cases\UNG51990\CT062708

cc:     James D. Fornari, Esq.
        *Via Fax – 212/980-5192*

        Michael Levin, Esq.
        *Via Fax – 516/338-4343*

With consent, the parties may extend discovery past June 27. The Pretrial order remains due September 19.

Denise Cote
June 30, 2008