UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
======================================X   Civil Action No.: 07 Civ. 7952 (DLC)

AARON BONDAROFF,

                Plaintiff(s)   **CONSENT TO**
                                      **CHANGE ATTORNEY**

   -against-

ANYTHING CORP. and KIERNEN COSTELLO,

                Defendant(s).

======================================X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

IT IS HEREBY CONSENTED THAT LEVIN & CHETKOF, LLP, at 265 Post Avenue, Suite 290, Westbury, New York 11590 be substituted as attorney of record for the undersigned party(ies) in the above entitled action.

Dated: Westbury, New York
       April 24, 2008

_____   _____
LEVIN & CHETKOF, LLP   KIERNEN COSTELLO, Individually and on
By: Michael G. Levin   behalf of ANYTHING CORP.

_____
CLIFTON BUDD & DEMARIA, LLP (Outgoing Counsel)
By: Robert J. Tracy

State of New York   )
County of New York  )

On April 25th, 2008, before me, the undersigned personally appeared KIERNEN COSTELLO personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public, State of New York
No. 01IU6149897
Qualified in Bronx County
Commission Expires 07/17/2010

SO ORDERED, on the condition that it does not impact the case schedule.

_____
U.S.D.J.

June 2, 2008

GL\COSTELLO.GL 18096.LEGAL.ATTY.CONSENT

LEVIN & CHETKOF, LLP
Michael G. Levin, Esq. (ML – 5441)
265 Post Avenue – Suite 290
Westbury, New York 11590
(516) 338-2888

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=======================================X        C. A. No.: 07 7952 (DLC)

AARON BONDAROFF,

        Plaintiffs,                               **AFFIDAVIT IN**
                                                  **COMPLIANCE OF RULE 1.4**

   - against -

ANYTHING CORP. and KIERNEN COSTELLO,

        Defendants.

=======================================X

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

    KIERNEN COSTELLO, duly sworn, deposes and says:

    1.    I am one of the defendants in the above-captioned action and I submit this affidavit in compliance with Federal Local Rue 1.4 concerning the displacement of my former counsel.

    2.    After due deliberation, I have made the decision to change counsel from Clifton, Budd & DeMaria, LLP, 420 Lexington Avenue, New York, New York, to Levin & Chetkof, LLP, 265 Post Avenue – Suite 290, Westbury, New York 11590.

    3.    In connection with the substitution, my new counsel, former counsel and I have executed a formal Consent to Change Attorney, a copy of which is annexed hereto.

    4.    The above-captioned action is in the initial stages of discovery and depositions

have not yet taken place. There is no impending trial date. I do not believe that the change of counsel at this stage will prove an impediment to the prosecution/defense of this matter.

5. The decision to switch counsel was based on various factors that I do not believe should be placed in an affidavit filed in open court. Generally, counsel and I had a differing of opinions as to how to proceed. Should the Court demand, I will, in confidence, provide further explanation.

_____
KIERNEN COSTELLO

Sworn to before me this ___
Day of May 2008

_____
Notary Public

FADI KARNABY
NOTARY PUBLIC STATE OF NEW YORK
NO. 0KA6080637
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES SEP /23/2010

5/13/2008

2