```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
AARON BONDAROFF,                    :
                                    :
                    Plaintiff,      :      07 Civ. 7952 (DLC)
                                    :
        -against-                   :      STIPULATION AND
                                    :      ORDER OF DISMISSAL
ANYTHING CORPORATION, et al.        :
                                    :
                    Defendants,     :
                                    :
------------------------------------X

It having been reported to this Court that the above entitled action has been settled,

It is, on this 7TH day of August, 2008.

ORDERED that the above-captioned action be, and the same hereby is, discontinued with prejudice and without costs provided that within thirty (30) days of the date of this Order, the action may be restored to the Court's calendar for good cause shown.

Dated:  New York, New York
        August 7, 2008

CONSENTED TO:
Gersten Savage, LLP                        Barry, McTiernan & Moore

By: James Fornari, Esq.                    By: Suzanne Halbardier, Esq.
Attorney for Plaintiff                     Attorney for Defendants

                                           Levin & Chetkof, LLP

                                           By: Michael G. Levin, Esq.
                                           Attorney for Defendants

Dated:  New York, New York
        August 11, 2008

                                           SO   ORDERED:

                                           _____
                                           HON. Denise L. Cote
                                           United States District Judge